UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW L. STREATER, SHAWN DIANE
JORDAN, THOMAS P. PAXSON, CARL
MALONE, JAMES E. MYERS, and
MATTHEW L. BEN d/b/a PROFESSIONAL
COLLISION DEALER AUTO GLASS,

Case No. 07-11163

Honorable John Corbett O'Meara

Plaintiffs,

v.

MICHAEL COX, in his individual and
representative capacity as MICHIGAN
ATTORNEY GENERAL; FELICIA N.
COURTRIGHT, individually and as Assistant
Attorney General; NORMAN W. DONKER,
individually and as Supervising Assistant
Attorney General; GEORGE HARRIS,
individually and as a Michigan Law
Enforcement Officer; and MICHAEL
WILLIAMS, individually and as a Michigan
Law Enforcement Officer, Jointly and
Severally,

Defendants.
_____/

# ORDER DENYING
## PLAINTIFFS' MARCH 10, 2008 MOTIONS FOR RECONSIDERATION

This matter came before the court on Plaintiffs' two motions for reconsideration filed March 10, 2008. No response was filed, and no oral argument was heard. LR 7.1(g)(2)(E.D. Mich. Dec. 1, 2005).

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties have been misled

> but also show that correcting the defect will result in a different disposition of the case.

Local Rule 7.1(g)(3).

In this case Plaintiffs' motions for reconsideration merely present the same issues ruled upon by the court and fail to demonstrate a palpable defect by which the court and the parties have been misled. In addition, the court will deny plaintiff Paxson's motion to amend the complaint because such an amendment in this case would be futile.

## ORDER

It is hereby **ORDERED** that Plaintiffs' March 10, 2008 motions for reconsideration are **DENIED.**

s/John Corbett O'Meara
United States District Judge

Date: April 10, 2008


I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, April 10, 2008, by electronic and/or ordinary mail.

s/William Barkholz
Case Manager